# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

BEVERLY KILPATRICK; VENEDA
MARSHALL; ROBERT MARSHALL;
BECKY ALTOM; and JONATHAN JARVIS                          PLAINTIFFS

v.                          No. 1:18-cv-53-DPM

THE CITY OF NEWARK, JIM
CUNNINGHAM, in his Official Capacity
as Mayor; and JOANNE LANGSTON, in her
Official Capacity as Recorder                             DEFENDANTS

## ORDER

The press of other business has prevented the Court from studying the summary judgment papers and recent motions until now. I must recuse. Joe James and I have been friends for decades. Given his two affidavits on the repeal issues, and the parties' dispute about what happened and why, my impartiality could reasonably be questioned. The Clerk must reassign this case at random by chip exchange.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

10 July 2019